```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WILLIAM A. FENSTERMACHER      :    CIVIL ACTION

     vs.                      :

FRANK D. GILLIS and           :
THE DISTRICT ATTORNEY OF THE
COUNTY OF NORTHAMPTON and     :
THE ATTORNEY GENERAL OF THE
STATE OF PENNSYLVANIA         :    NO. 05-CV-344
```

ORDER

AND NOW, this 13th day of July, 2005, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Charles B. Smith and the Petitioner's Objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is DENIED.

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.